THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH STAINE, Appellant. [929 NYS2d 786]

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Florio, Belen and Roman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELLSUN SYKES, Appellant. [926 NYS2d 903]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Florio, JJ., concur.